IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANNICK RYAN DIXON | NO. 2-25CR0093-Z |

AUG 28 2025 PM 1:53
FILED - USDC - NDTX - AM

# INDICTMENT

The Grand Jury Charges:

### Count One
### Enticement of a Minor
### (Violation of 18 U.S.C. § 2422(b))

From in or around April 2023, to on or about December 1, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Brannick Ryan Dixon**, defendant, did knowingly use a facility and means of interstate and foreign commerce, including a cellular telephone, to persuade, induce, entice, and coerce, and attempt to do so, an individual who had not attained the age of eighteen years, to engage in sexual activity for which **Dixon** could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

**Brannick Ryan Dixon**
**Indictment - Page 1**

<u>Forfeiture Notice</u>
(18 U.S.C. § 2428)

Upon conviction of Count One of this Indictment, and pursuant to 18 U.S.C. § 2428(b), defendant **Brannick Ryan Dixon** shall forfeit to the United States of America: (a) any property, real or personal, used or intended to be used to commit or to facilitate the commission of any offense alleged in the Indictment, and (b) any property, real or personal, constituting or derived from any proceeds that Aguilar obtained, directly or indirectly, as a result of any offense alleged in the Indictment.

The above-referenced property subject to forfeiture includes, but is not limited to, the following: a black Motorola cell phone, IMEI: 354812420404733, in the possession of law enforcement. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2428(a), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

**Brannick Ryan Dixon**
**Indictment - Page 2**

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7564
Facsimile:   806-472-7394
E-mail:         callie.woolam@usdoj.gov

**Brannick Ryan Dixon**
**Indictment - Page 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

BRANNICK RYAN DIXON

INDICTMENT

COUNT 1:   ENTICEMENT OF A MINOR
Title 18, United States Code, Section 2422(b).

(1 COUNT + FORFEITURE)

A true bill rendered,

Amarillo                                            _____ Foreperson
Filed in open court this 28th day of August 2025.

_____ Clerk

Defendant in federal custody in Case No. 2:25-CR-047-Z.


_____
UNITED STATES MAGISTRATE JUDGE